

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/RCH/EMR/PP/MD
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

August 29, 2022

By ECF

SCHEDULE IS SO ORDERED: 8/30/22

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Digitally signed by
Brian M. Cogan
_____
USDJ

Re: United States v. Genaro Garcia Luna
Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

The parties respectfully submit this letter regarding the jury selection process in this case. At the July 15, 2022, status conference, the Court set a schedule for the submission, completion, and review of jury questionnaires assuming an October 24, 2022, trial date. On August 15, 2022, the Court adjourned the trial to January 9, 2023. Accordingly, the parties respectfully propose the following schedule for the jury questionnaires.

- Joint Jury Questionnaire Submitted to the Court – November 18, 2022
- Jury Questionnaire Distributed to Juror Pool – Week of November 28, 2022
- Parties Submit Their Proposed Pool to the Court – December 19, 2022
- Jury Selection and Trial – January 9, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/
Saritha Komatireddy
Ryan C. Harris
Erin M. Reid
Philip Pilmar
Marietou Diouf
Assistant U.S. Attorneys
(718) 254-7000

cc: Defense Counsel (by ECF)