

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/RCH/EMR/PP/MD
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 12, 2022

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Genaro Garcia Luna
               Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

      On August 15, 2022, the Court adjourned the trial to January 9, 2023. However, time under the Speedy Trial Act is currently excluded only until October 24, 2022, the original trial date in this case. The government, with the consent of the defendant, respectfully requests that the Court exclude time until January 9, 2023, based on the case's previous complex case designation and to give defense counsel sufficient time to prepare for trial, including for the parties to file additional pre-trial motions. Further, the parties respectfully request that the Court schedule a final pre-trial conference in December 2022 or at another date which is convenient for the Court.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Saritha Komatireddy
      Ryan C. Harris
      Erin M. Reid
      Philip Pilmar
      Marietou Diouf
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Defense Counsel (by ECF)