

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/SK/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 26, 2022

By E-mail and ECF

Cesar DeCastro, Esq.
111 Fulton Street - 602
New York, NY 10038

      Re:    United States v. Genaro Garcia Luna
             Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to four potential witnesses. This production is marked "Protected Material" and is subject to the terms of the Court's February 18, 2020, Protective Order. See Dkt. No. 19. In addition, one folder of material is marked as "Attorney's Eyes Only" and is subject to the Court's June 27, 2022, Protective Order. See Dkt. No. 102. The government will disclose additional § 3500 material related to these witnesses as it becomes available and will produce § 3500 material regarding other witnesses sufficiently in advance of trial.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:    /s/
      Ryan C. Harris
      Saritha Komatireddy
      Erin M. Reid
      Philip Pilmar
      Marietou E. Diouf
      Assistant U.S. Attorneys
      (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)