

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

November 29, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Genaro Garcia Luna
                 Criminal Docket No. 19-576 (S-1) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter in advance of the status conference scheduled for tomorrow at 2:15p.m. The U.S. Marshals Service ("USMS") has advised the government that it is unable to transport the defendant for an in-person appearance tomorrow. Should the defendant consent to waiving his in-person appearance, the government will attempt to arrange the defendant's appearance from the MDC by video or telephone.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Saritha Komatireddy
      Erin M. Reid
      Philip Pilmar
      Marietou Diouf
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (BMC) (by ECF)
        All counsel of record (by ECF)