

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/EMR/PP/MED/AA
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

January 18, 2023

By E-mail and ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Genaro Garcia Luna
              Criminal Docket No. 19-576 (S-1) (BMC)

Dear Judge Cogan:

      The government respectfully requests that the four court-certified Spanish language interpreters who will be interpreting witness testimony at trial be permitted to bring their smartphones, laptops, and tablets into the courtroom to assist them during the trial.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
     Saritha Komatireddy
     Erin M. Reid
     Philip Pilmar
     Marietou E. Diouf
     Adam Amir
     Assistant U.S. Attorneys
     (718) 254-7000

cc:    Clerk of Court (by ECF)
        Defense Counsel (by ECF)