

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MD/AA
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 7, 2023

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Genaro Garcia Luna
           Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

      The government writes regarding tomorrow's trial schedule. The government intends to call four witnesses to testify tomorrow but the government does not anticipate that this testimony will last for the entire trial day. Because of a logistics issue with the government's next significant witness after the conclusion of these witnesses, the government respectfully requests that the Court adjourn trial early tomorrow. The defense consents to this request. In addition, the government anticipates it will likely rest its case-in-chief by Tuesday morning.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
     Saritha Komatireddy
     Erin M. Reid
     Philip Pilmar
     Marietou Diouf
     Adam Amir
     Assistant U.S. Attorneys
     (718) 254-7000

cc:    Defense Counsel (by ECF)