

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED/AA
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 9, 2023

<u>By ECF</u>

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Genaro Garcia Luna</u>
               <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Judge Cogan:

      Earlier today the government received a copy of a letter from The New York Times Company regarding the sealing of various court filings. The government has reviewed the listed filings and proposes the following unsealing schedule:

      The government does not object to the immediate unsealing of the following items:

- ECF No. 184
- ECF No. 185
- ECF No. 190
- ECF No. 193
- ECF No. 194
- ECF No. 196
- ECF No. 198
- ECF No. 199
- ECF No. 205
- ECF No. 206

      Following the completion of trial, the government does not object to unsealing the following:

- ECF No. 151

The government respectfully submits that the following should remain under seal because they affect the interests of third parties.  See United States v. Amodeo, 44 F.3d 141, 147 (2d Cir. 1995).  To the extent that the items can be redacted to protect the interests of third parties, the government will submit proposed redactions to the Court.

- ECF No. 161, Attachment A
- ECF No. 187
- ECF No. 188
- ECF No. 189
- ECF No. 191
- ECF No. 192
- ECF No. 197

Respectfully submitted,

BREON PEACE
United States Attorney

By:        /s/
Saritha Komatireddy
Erin M. Reid
Philip Pilmar
Marietou E. Diouf
Adam Amir
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of the Court (BMC)
      Defense Counsel of Record