UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>GENARO GARCIA LUNA, *ET AL.*,<br><br>　　　　　　　　　　Defendants. | No. 19 Cr. 576 (BMC)<br><br>**NOTICE OF MOTION<br>FOR A NEW TRIAL** |

Please take notice that upon the Declaration of César de Castro and accompanying memorandum of law dated December 15, 2023, and all prior proceedings held herein, defendant Genaro Garcia Luna moves before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse for the Eastern District of New York, for an order vacating Mr. Garcia Luna's conviction and ordering a new trial pursuant to Federal Rule of Criminal Procedure 33, and such other and further relief as the Court may deem just and proper.

Dated:	New York, New York
	December 15, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ César de Castro
　　　　　　　　　　　　　　　　　　　　　　　　César de Castro
　　　　　　　　　　　　　　　　　　　　　　　　Valerie A. Gotlib
　　　　　　　　　　　　　　　　　　　　　　　　Shannon McManus
　　　　　　　　　　　　　　　　　　　　　　　　The Law Firm of César de Castro P.C.
　　　　　　　　　　　　　　　　　　　　　　　　111 Fulton Street – 602
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　　　　　(646) 285-2077
　　　　　　　　　　　　　　　　　　　　　　　　cdecastro@cdecastrolaw.com
　　　　　　　　　　　　　　　　　　　　　　　　vgotlib@cdecastrolaw.com
　　　　　　　　　　　　　　　　　　　　　　　　smcmanus@cdecastrolaw.com

>Florian Miedel, Esq.
>Miedel & Mysliwiec LLP
>80 Broad Street, Suite 1900
>New York, NY 10004
>(212) 616-3042
>fm@fmamlaw.com
>
>*Counsel for Genaro García Luna*

Cc: all counsel of record (*via* ECF)