UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

   -against-

GENARO GARCIA LUNA

                        Defendant.

19 Cr. 576 (BMC)

[~~PROPOSED~~] ORDER

---

Upon the application of Valerie A. Gotlib, Esq., an attorney for the above-named defendant,

IT IS HEREBY ORDERED, that the defendant Genaro Garcia Luna (Register No. 59745-177), for his sentencing on Wednesday October 16, 2024, be permitted to wear personal clothing provided to the U.S. Marshals Service by defense counsel. Such clothing consists of: (a) one (1) pair of navy dress pants; (b) one (1) navy blazer; (c) one (1) white dress shirt; (d) one (1) white undershirt; (e) one (1) pair of black dress shoes; (f) one (1) pair of socks; (g) one (1) necktie; and (h) one (1) leather belt.

IT IS FURTHER ORDERED, that the defendant Genaro Carcia Luna be permitted to change into the above-mentioned clothes in the holding cells of the courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
         October 16, 2024

                                                  SO ORDERED

                                                  *Brian M. Cogan*

                                                  The Honorable Brian M. Cogan
                                                  United States District Court Judge
                                                  Eastern District of New York