# NOTICE OF APPEAL

## United States District Court

District of Eastern / New York

Caption:

United States v.

Genaro Garcia Luna

Docket No.: 19-cr-576 (BMC)

Brian M. Cogan
(District Court Judge)

Notice is hereby given that Genaro Garcia Luna appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify) entered in this action on October 18, 2024 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✔]   Other [ ]

Defendant found guilty by plea [ ]   trial [✔]   N/A [ ].

Offense occurred after November 1, 1987? Yes [✔]   No [ ]   N/A [ ]

Date of sentence: October 16, 2024   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Cesar de Castro

Counsel's Address: 111 Fulton Street, Suite 602
New York, NY 10038

Counsel's Phone: 646-285-2077

Assistant U.S. Attorney: Erin Reid

AUSA's Address: 271 Cadman Plaza East
Brooklyn, NY 11201

AUSA's Phone: 718-254-6361

_____
Signature